UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS MANUEL RAMIREZ,<br><br>    Defendant. | CASE NO.: 21CR2331-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the Sentencing Hearing set for May 6, 2022 at 10:30 a.m. is continued to August 5, 2022 at 10:30 a.m.

**IT IS SO ORDERED**.

Dated:  April 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge